IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE:   Stephen Michael Philpott and
         Jennifer Marie Philpott                CASE NO. 4:09-bk-18367
         Debtors                                            Chapter 13

## ORDER TO SUBSTITUTE ATTORNEY

NOW before the Court is the Motion to Substitute Attorney ("the Motion"), submitted by Sherri L. Latimer, of James R. Wallace & Associates, PLLC, and approved by Matthew D. Black. that Sherri L. Latimer be substituted as attorney of record for the Debtors.

Upon consideration of the Motion, it is hereby

**ORDERED** that the Motion is **GRANTED**. The Clerk of the Court is directed to substitute the attorney of record for Stephen Michael Philpott and Jennifer Marie Philpott as set forth in the Motion.

**IT IS SO ORDERED.**

_____
UNITED STATES BANKRUPTCY JUDGE

DATE: _____September 20, 2010_____

PREPARED BY:

___/s/ Sherri L. Latimer_____
Sherri L. Latimer, #2008255


APPROVED BY:

___/s/ Matthew D. Black_____
Matthew D. Black, P.A., #2007259

EOD 9/21/2010
by L Schacherbauer