IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE:     **Stephen Michael Philpott and**
**Jennifer Marie Philpott**     CASE NO. 4:09-bk-18367
**Debtors**     Chapter 13

## MOTION TO SUBSTITUTE ATTORNEY

COMES now the Petitioners, Stephen Michael Philpott and Jennifer Marie Philpott, Debtors, and for their Motion to Substitute Attorney, do state:

That the Petitioners request that Sherri L. Latimer, of James R. Wallace & Associates, PLLC, be substituted for Matthew D. Black, PA, in the matter of Stephen Michael Philpott and Jennifer Marie Philpott, currently pending in the Eastern District of Arkansas.

WHEREFORE, the Petitioners pray for an Order approving the Motion to Substitute Attorney.

DATED:     September 20, 2010

PREPARED BY:

/s/ Sherri L. Latimer
Sherri L. Latimer, #2008255

APPROVED BY:

/s/ Matthew D. Black
Matthew D. Black, P.A., #2007259

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that copies of the foregoing have been mailed to:

Standing Chapter 13 Trustee
Joyce Bradley Babin
P.O. Box 8064
Little Rock, AR 72203

Internal Revenue Service
Special Procedures Staff
700 W. Capitol, Stop 5700 LIT
Little Rock, AR 72201

Department of Finance & Administration
Legal Division
P.O. Box 1272
Little Rock, AR 72203

Employment Security Division
Legal Division
P.O. Box 2981
Little Rock, AR 72203

U.S. Attorney, Western District
P.O. Box 1524
Fort Smith, AR 72902

U.S. Attorney, Eastern District
P.O. Box 1229
Little Rock, AR 72203

and to all applicable creditors whose names and addresses are set forth on the mailing matrix by electronic notification and/or U.S. Mail, *postage prepaid*, on the 20th day of September, 2010.

/s/   Sherri L. Latimer
SHERRI L. LATIMER