B6F (Official Form 6F) (12/07)

In re **Stephen Michael Philpott,**
**Jennifer Marie Philpott**
_____,
Debtors

Case No. **4:09-bk-18367**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x-xxx3411**<br><br>**Anesthesia Services, Ltd**<br>**PO Box 190670**<br>**Little Rock, AR 72219** | | H | Medical Bills | | | | 108.80 |
| Account No. **xxxxxxx1 10C**<br><br>**Arkansas Empl. FCU**<br>**301 S. Cross Street**<br>**Little Rock, AR 72201** | | J | Line of Credit | | | | 3,000.00 |
| Account No.<br><br>**Arkansas Otolaryngology**<br>**PO Box 910557**<br>**Dallas, TX 75391** | | J | Medical Bills | | | | 181.27 |
| Account No. **x4221**<br><br>**Arkansas Specialty Orthopaedic**<br>**600 South McKinley**<br>**Suite 405**<br>**Little Rock, AR 72205** | | H | Medical Bills | | | | 3,319.28 |

__8__ continuation sheets attached

Subtotal
(Total of this page)     6,609.35

B6F (Official Form 6F) (12/07) - Cont.

In re **Stephen Michael Philpott,**
**Jennifer Marie Philpott**, Case No. **4:09-bk-18367**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x9924** <br><br> **Arkansas Specialty OSC** <br> **600 S. McKinley, Ste 405** <br> **Little Rock, AR 72205** | | H | **Medical Bills** | | | | 1,001.88 |
| Account No. **xxxx-xxxx-xxxx-7491** <br><br> **Chase** <br> **P.O. Box 94014** <br> **Palatine, IL 60094-4014** | | W | **Credit card purchases** | | | | 12,158.50 |
| Account No. **xxxx-xxxx-xxxx-2137** <br><br> **Chase Visa** <br> **P.O. Box 94014** <br> **Palatine, IL 60094** | | J | **Credit card purchases** | | | | 940.00 |
| Account No. **x1863** <br><br> **Check Law Recovery Systems** <br> **PO Box 1039** <br> **North Little Rock, AR 72115** | | J | **Credit card purchases** | | | | 1,480.19 |
| Account No. **xxxx-xxxx-xxxx-8442** <br><br> **Citi Cards** <br> **PO Box 45129** <br> **Jacksonville, FL 32232** | | H | **Credit card purchases** | | | | 7,154.00 |

Sheet no. **1** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 22,734.57

B6F (Official Form 6F) (12/07) - Cont.

In re **Stephen Michael Philpott,**
**Jennifer Marie Philpott**,
Debtors

Case No. **4:09-bk-18367**

**AMENDED**
**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Citibank South Dakota, N.A.**<br>**P.O. Box 6282**<br>**Sioux Falls, SD 57117** | | J | **Credit card purchases** | | | | 3,545.35 |
| Account No. **xxxx-xxxx-xxxx-3781**<br><br>**Citibank South Dakota, N.A.**<br>**P.O. Box 6282**<br>**Sioux Falls, SD 57117** | | J | **Credit card purchases** | | | | 920.39 |
| Account No. **6585**<br><br>**Cloverdale Animal Hospital**<br>**7201 Baseline Road**<br>**Little Rock, AR 72209** | | J | **2008**<br>**Vet bills** | | | | 1,072.50 |
| Account No. **xxxxxxxxxxxx7834**<br><br>**Comp USA**<br>**PO Box 5238**<br>**Carol Stream, IL 60197** | | J | **Credit card purchases** | | | | 1,480.19 |
| Account No. **xxxxxxx3874**<br><br>**CompleteCare, Inc.**<br>**P.O. Box 13440**<br>**Maumelle, AR 72113-0440** | | H | **Medical Bills** | | | | **Unknown** |

Sheet no. **2** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,018.43**

B6F (Official Form 6F) (12/07) - Cont.

In re **Stephen Michael Philpott,** Case No. **4:09-bk-18367**
**Jennifer Marie Philpott**,
Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Crye-Leike Realtors**<br>**4000 Highway 5 N.**<br>**Bryant, AR 72022** | | J | | | | | 1,770.97 |
| Account No. **xxxx-xxxx-xxxx-9401**<br>**Discover**<br>**PO Box 71084**<br>**Charlotte, NC 28272** | | H | Credit card purchases | | | | 8,795.68 |
| Account No. **xxxx-xxxx-xxxx-9050**<br>**Discover**<br>**PO Box 71084**<br>**Charlotte, NC 28272** | | W | Credit card purchases | | | | 16,310.69 |
| Account No.<br>**Dr. Jeffrey K. Garner, DDS**<br>**10809 Executive Center Drive**<br>**Suite 101**<br>**Little Rock, AR 72211** | | H | Dental Bills | | | | 706.40 |
| Account No. **x5758**<br>**Endoscopy Center of Ark**<br>**1024 North University**<br>**Little Rock, AR 72207** | | J | Medical Bills | | | | 94.77 |

Sheet no. **3** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **27,678.51**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stephen Michael Philpott,**
**Jennifer Marie Philpott**, Case No. __**4:09-bk-18367**__

Debtors

**AMENDED**
**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-3174**<br><br>**GE Money Bank**<br>**PO Box 960004**<br>**Orlando, FL 32896** | | J | **Credit card purchases** | | | | 7,005.75 |
| Account No. **xxxxxxxxxxxx3478**<br><br>**Home Depot Credit Services**<br>**P.O. Box 6028**<br>**The Lakes, NV 88901-6028** | | H | **Credit card purchases** | | | | 3,291.78 |
| Account No. **9231**<br><br>**Infectious Disease Resource Gp**<br>**9600 Lile Dr., Suite 280**<br>**Little Rock, AR 72205** | | J | **Medical Bills** | | | | 227.78 |
| Account No. **xxx-xxx-975-2**<br><br>**JCPenny**<br>**PO Box 960090**<br>**Orlando, FL 32896-0090** | | W | **Credit card purchases** | | | | 324.25 |
| Account No.<br><br>**Joe Wellinghoff**<br>**9016 Sunset Lane**<br>**Little Rock, AR 72209** | | J | **Personal Loan** | | | | 8,000.00 |

Sheet no. __**4**__ of __**8**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    18,849.56

B6F (Official Form 6F) (12/07) - Cont.

In re **Stephen Michael Philpott,**
**Jennifer Marie Philpott,**
_____,
Debtors

Case No. **4:09-bk-18367**

**AMENDED**
**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx0881**<br><br>**Kansas Counselors, Inc.**<br>**P.O. Box 14765**<br>**Lenexa, KS 66285-4765** | | J | **Medical Bills** | | | | 325.00 |
| Account No. **xxx-xxx3-436**<br><br>**Kohl's**<br>**P.O. Box 2983**<br>**Milwaukee, WI 53201-2983** | | W | **Credit card purchases** | | | | 1,058.50 |
| Account No. **x9259**<br><br>**Law Office of David Green**<br>**1616 East Indian School Road**<br>**Suite 450**<br>**Phoenix, AZ 85016** | | J | **Credit card purchases**<br>**Household Bank #4002148491** | | | | 1,560.49 |
| Account No. **xx5063**<br><br>**Little Rock Anesthesia Ser.**<br>**500 S. University, Suite 505**<br>**Little Rock, AR 72205** | | H | **Medical Bills** | | | | 182.40 |
| Account No. **xxxxxxxxxx2922**<br><br>**Lowes**<br>**P.O. Box 530914**<br>**Atlanta, GA 30353-0914** | | H | **Credit card purchases** | | | | 1,923.95 |

Sheet no. __5__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **5,050.34**

B6F (Official Form 6F) (12/07) - Cont.

In re **Stephen Michael Philpott,**
**Jennifer Marie Philpott**, Case No. **4:09-bk-18367**
_____,
Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx-xxxx-xxxx-8484<br><br>Nothland Group, Inc.<br>P.O. Box 390905<br>Minneapolis, MN 55439 | | J | Citi Mastercard | | | | 2,206.56 |
| Account No. xxxxxxxxxxxx3508<br><br>Radio Shack Credit Plan<br>Processing Center<br>Des Moines, IA 50364-0001 | | J | Credit Card | | | | 1,663.41 |
| Account No.<br><br>Radiology Associates<br>500 S. University, Suite 604<br>Little Rock, AR 72205 | | J | Medical Bills | | | | 337.73 |
| Account No. xxxx-xxxx-xxxx-6098<br><br>Regions Mastercard<br>PO Box 15026<br>Wilmington, DE 19850 | | J | Credit Cards | | | | 11,921.39 |
| Account No. xxxx-xxxx-xxxx-0780<br><br>Regions Mastercard<br>PO Box 15726<br>Wilmington, DE 19886 | | J | Credit Cards | | | | 13,602.32 |

Sheet no. **6** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **29,731.41**

B6F (Official Form 6F) (12/07) - Cont.

In re **Stephen Michael Philpott,** Case No. **4:09-bk-18367**
**Jennifer Marie Philpott**,
Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx1516<br>Sams Club<br>PO Box 530942<br>Atlanta, GA 30353 | | H | Credit card purchases | | | | 4,400.02 |
| Account No. xx3626<br>St. Vincent Medical Group<br>P.O. Box 23410<br>Little Rock, AR 72221-3410 | | H | Medical Bills | | | | 126.76 |
| Account No. xxxx-xxxx-xxxx-4788<br>Target National Bank<br>P.O. Box 59317<br>Minneapolis, MN 55459-0317 | | J | Credit card purchases | | | | 2,418.94 |
| Account No. xx1041<br>UAMS Med Col. Phys Grp.<br>P.O. Box 251508<br>Little Rock, AR 72225 | | H | Medical Bills | | | | 40.00 |
| Account No. xxxxxxxxxxxx8438<br>Walmart<br>P.O. Box 530927<br>Atlanta, GA 30353-0927 | | H | Credit card purchases | | | | 2,854.28 |

Sheet no. **7** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **9,840.00**

B6F (Official Form 6F) (12/07) - Cont.

| In re | **Stephen Michael Philpott,** | Case No. | **4:09-bk-18367** |
|---|---|---|---|
| | **Jennifer Marie Philpott** | | |

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx1962<br><br>**Walmart**<br>**P.O. Box 530927**<br>**Atlanta, GA 30353-0927** | | J | **Credit card purchases** | | | | 1,841.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **8** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 1,841.00 |
| Total (Report on Summary of Schedules) | 129,353.17 |