**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN AND WESTERN DISTRICTS OF ARKANSAS**

IN RE:  STEPHEN MICHAEL PHILPOTT           CASE NO. 4:09-bk-18367
        JENNIFER MARIE PHILPOTT, Debtors      Chapter 13

**CHAPTER 13 MODIFIED PLAN WITH NOTICE OF OPPORTUNITY TO OBJECT/RESPOND**

You are hereby notified that the above captioned debtor has filed the attached modification to the plan pursuant to 11 U.S.C. 1323 and Rule 3019 of the Rules of Bankruptcy Procedure 11 U.S.C. 1329. Objections to the plan as modified must be filed with the U.S. Bankruptcy Court at 300 W. 2nd Street, Little Rock, AR 72201 in writing within 28 days from the date of notice, with copies to the attorney for the debtors and to Joyce Bradley Babin at P.O. Box 8064, Little Rock, Arkansas 72203.

If objections to the Plan as Modified are filed, they will be set for hearing by subsequent notice. If no objections are timely received, the Plan as Modified may be granted without further notice or hearing.

DATED: October 29, 2010
    /s/ Sherri L. Latimer
    SHERRI L. LATIMER, #2008255
    James R. Wallace & Associates, PLLC
    212 Center Street, Suite 100
    Little Rock, Arkansas 72201
    Tel: (501) 375-5545

CERTIFICATE OF MAILING

I, the undersigned, hereby certify that copies of the foregoing notice and plan have been mailed to:

Joyce Bradley Babin, Trustee
P.O. Box 8064
Little Rock, AR 72203

U.S. Attorney, Eastern District
P.O. Box 1229
Little Rock, AR 72203

U.S. Attorney, Western District
P.O. Box 1524
Fort Smith, AR 72902

Internal Revenue Service
Special Procedures
P.O. Box 21126
Philadelphia, PA 19114

Employment Security Division
Legal Department
P.O. Box 2981
Little Rock, AR 72203

and to all applicable creditors whose names and addresses are set forth on the mailing matrix by electronic notification and/or U.S. Mail, *postage prepaid*, on this 28th day of October, 2010.

    /s/ Sherri L. Latimer
    SHERRI L. LATIMER, #2008255

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN AND WESTERN DISTRICTS OF ARKANSAS**

IN RE:  STEPHEN MICHAEL PHILPOTT                CASE NO. 4:09-bk-18367
        JENNIFER MARIE PHILPOTT, Debtors         Chapter 13

**CHAPTER 13 MODIFIED PLAN**

Comes now the Debtors by and through their attorneys, Sherri L. Latimer, of James R. Wallace and Associates, PLLC, and for their modification to the original or modified Chapter 13 plan states:

1. PAYMENT TO TRUSTEE: Debtor shall pay **$650.00** per month to the Trustee.

   (  ) This represents a decrease in the amount of plan payment.
   (  ) This represents an increase in the amount of the plan payment.
   **(X) This modification does not affect the amount of the plan payment**

2. THE PLAN LENGTH: from the date of filing shall be **60** months.

   (  ) This modification does affect the length of the plan.
   **(X) This modification does not affect the length of the plan**

3. UNSECURED CREDITORS are to be paid a **PRO-RATA** dividend.

4. THE FOLLOWING CHANGES are to be made to each creditor as set out below:

   NONE

5. The following creditors are added to the Plan and are classified as Secured creditors:

   NONE

6. The following creditors are added to the Plan and are classified as Priority creditors:

   NONE

7. The following creditors are added to the Plan and are classified as Unsecured creditors:

| Name/Address of Creditor | Pre/Post-Petition Classification | Amount Owed |
|---|---|---|
| Restitution Financial Corporation<br>Attn: Stephen E. Whitwell<br>2900 Percy Machin Dr.<br>North Little Rock, AR 72114 | pre-petition | $1,480.19 |

8. Unsecured creditors shall be paid at least as much as they would receive under Chapter 7.

9. All other provisions as set forth in the confirmed chapter 13 plan shall remain the same.

10. Debtor will pay all disposable income to the Trustee for the applicable commitment period of the plan for the benefit of unsecured creditors.

                                                                                   Respectfully submitted,

DATED: October 29, 2010             /s/ Sherri L. Latimer
                                                              SHERRI L. LATIMER, #2008255
                                                              James R. Wallace & Associates, PLLC
                                                              Attorney for the Debtors
                                                              212 Center Street, Suite 100
                                                              Little Rock, Arkansas 72201
                                                              Tel: (501) 375-5545
                                                              Fax: (501) 374-9515