Form nhrg

# UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

In Re: Stephen Michael Philpott and Jennifer Marie Philpott
Debtor

Case No.: 4:09−bk−18367
Chapter: 13
Judge: Richard D. Taylor

PLEASE TAKE NOTICE that a hearing will be held before Judge Richard D. Taylor at

U.S. Bankruptcy Court, 300 W. 2nd Street, Little Rock, AR 72201

on 12/8/10 at 09:00 AM

to consider and act upon the following:

*74* − Objection to Confirmation of Modified Plan Filed by Trustee (ebabin)

Dated: 11/16/10

Jean Rolfs, Clerk
By:
Marie Parrish
Deputy Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0860-4          User: marie              Page 1 of 1              Date Rcvd: Nov 16, 2010
Case: 09-18367                Form ID: nhrg            Total Noticed: 2

The following entities were noticed by first class mail on Nov 18, 2010.
db          +Stephen Michael Philpott,   P.O. Box 1022,   Mabelvale, AR 72103-1022
jdb         +Jennifer Marie Philpott,   10215 Mann Road,   Mabelvale, AR 72103-1738

The following entities were noticed by electronic transmission.                               TOTAL: 0
NONE.

            ***** BYPASSED RECIPIENTS *****                                                   TOTAL: 0
NONE.

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 18, 2010**          Signature:   *Joseph Speetjens*